█ RAYMOND A. BURCHELL, Respondent, v. MARGARET CIMENTI, Appellant.—

Concur — Capozzoli, J. P., McGivern, Markewich, Nunez and Kupferman, JJ.